

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge Virginia A. Phillips | ORDER OF THE CHIEF JUDGE<br><br>CV99-1132-RAP (CTx)<br><br>00-008 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Virginia A. Phillips ,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Richard A. Paez to the calendar of Judge Virginia A. Phillips :

| | | |
|---|---|---|
| CV 98- | 2337-RAP(ANx) | Kimberly D. Harrison v. City of Rialto |
| CV 98- | 6097-RAP(CTx) | Comm. Of the Silgan v. American Nat'l Can Co. |
| CV 98- | 9446-RAP(BQRx) | Russell Berens v. Allstate Ins. Co. |
| CV 99- | 5430-RAP(CWx) | Dover Corp. v. CA Nozzle Specialist |
| CV 99- | 899-RAP(CTx) | Nicole Joshua, et al v. LAPD |
| CV 99- | 1132-RAP(CTx) | DARE America, et al v. Rolling Stone |
| CV 99- | 6173-RAP | In re: Robert C. Martin |
| CV 99- | 9171-RAP(CWx) | James Donnellan, et al v. Lieber/Stoller Music |
| CV 99- | 4283-RAP(CTx) | USA v. Yolanda Y. Carroll |
| CV 99- | 760-RAP(BQR) | Keith Eugene Barton v. C.K. Pliler |
| CV 99- | 10014-RAP(E) | C. Gonzalez-Davila v. USA |
| CV 99- | 11510-RAP(AN) | Larry O. Hicks v. R. Early |
| CV 99- | 8211-RAP(Mcx) | Ruthie Goldkorn v. Seven Fortune Ent. |

DATED: January 6, 2000

Chief Judge Terry J. Hatter, Jr.



ENTERED ON ICMS 1/10/00