**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 99-1132 VAP (CTx)                           Date: February 25, 2000

Title:   D.A.R.E. AMERICA, a California non-profit corporation; GLENN LEVANT -v-
ROLLING STONE MAGAZINE, whose legal name is Straight Arrow Publishers Co.
corporation; JANN WENNER; ROBERT LOVE; DOES, 1 through 10 inclusive
==================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Rachel Ingram                                    Maria Beesley
    Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Louis R. Miller                                      Kelli L. Sager
    Ronald Guttman                                   Elizabeth A. McNamara

PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE

    Court and counsel confer. The Court having reviewed Defendants' ex parte application to Modify the Scheduling Order filed on February 18, 2000 as well as Plaintiffs' opposition thereto, grants the application in part and sets the following schedule:

    Discovery cut off date: March 10, 2000.
    Last day for filing Summary Judgment Motions: March 27, 2000.
    Pretrial conference: May 1, 2000 at 1:30 p.m.
    Trial: May 9, 2000 at 8:30 a.m.

The settlement conference shall be conducted no later than April 17, 2000.

MINUTES FORM 11                                              Initials of Deputy Clerk
CIVIL -- GEN

FEB 28 2000