**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No.   CV 99-1132 VAP (CTx)                                Date: April 17, 2000

Title:   D.A.R.E. AMERICA, a California non-profit corporation; GLENN LEVANT -v-
ROLLING STONE MAGAZINE, whose legal name is Straight Arrow Publishers Co.
corporation; JANN WENNER; ROBERT LOVE; DOES, 1 through 10 inclusive
===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Rachel Ingram                                    Maria Beesley
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Louis R. Miller                                  Michael Reiss
Ron Guttman                                      Elizabeth McNamara

PROCEEDINGS:   Defendants Straight Arrow Publishers Co., Jann Wenner & Robert Loves'
Motion for Summary Judgment

Court hears oral argument and takes the matter under submission. All dates in this matter are hereby stayed.

MINUTES FORM 11
CIVIL -- GEN



Initials of Deputy Clerk

APR 18 2000